# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard
Albany, New York 12211

Andrea E. Celli, Esq.
Trustee

Bonnie Baker, Esq.
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For Payments Only:
P.O. Box 1918
Memphis, TN 38101-1918

June 13, 2011

Kim Lefebvre
Clerk of the Court
United States Bankruptcy Court
445 Broadway
Albany, NY  12207

Re:   Dwayne R. Tutunjian
      Julie Tutunjian
      Case No. 04-16072
      Unclaimed Funds

Dear Mr. Lefbvre:

    Enclosed please find a check in the amount of $.30 representing unclaimed funds in the above-referenced case.  In this case, our system has the same address as Lexis indicates.  Although a letter has been sent to the debtors, no response has been received.

    If the Court requires additional information, please do not hesitate to contact our office.

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee

AEC:sls
Enclosure

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>**Trustee**<br>**Bonnie Baker, Esq.**<br>**Assoc. Attorney** | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

June 14, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-16072                Dwayne & Julie Tutnjian

To Whom It May Concern:

Enclosed please find check #922766 in the amount of $.30. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Dwayne & Julie Tutnjian
535 B Kenwood Ave
Delmar, NY 12054

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli